**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 08-248-GPM |
| | ) |
| **WILLIE HARRIS III,** | ) |
| | ) |
| **Defendant.** | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Plaintiff United States of America filed this action for recovery of a student loan on which it claims Defendant Willie Harris III has defaulted. Defendant answered the complaint, admitting that he is indebted on the amount of the loan, but claiming that he should not be held accountable for interest and court costs because he has been incarcerated.

Plaintiff filed a motion for summary judgment, seeking the amount of indebtedness, which includes interest on the loan, statutory court costs, and post-judgment interest. Defendant has not responded to the motion.

Defendant simply has no defense under the law; he must pay his indebtedness, which includes interest on the note. Plaintiff also is entitled to its costs, plus post-judgment interest.

Accordingly, Plaintiff's motion for summary judgment (Doc. 8) is **GRANTED**, and the Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff United States of America and against Defendant Willie Harris III for indebtedness in the amount of $11,528.73, courts costs in the

amount of $350.00, and post-judgment interest.

**IT IS SO ORDERED.**

DATED: 10/08/08

s/ G. Patrick Murphy  
G. Patrick Murphy  
United States District Judge